FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA     FEB 18 AM 9: 18
SOUTHERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| MICHAEL E. LEDKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 00-JEO-0364-S |
| | ) |
| WILLIAM TIMOTHY WELCH, individually | ) |
| and WILLIAM TIMOTHY WELCH, | ) |
| as personal representative of the Estate of | ) |
| Mary Ervin Collins Welch, | ) |
| | ) |
| Defendants. | ) |

ENTERED

FEB 18 2000

## MEMORANDUM OPINION

The present action was filed on or about January 24, 2000, by the plaintiff, Michael E. Ledkins, in the Circuit Court of Wilcox County, Alabama, which is located in the Southern District of Alabama. On February 16, 2000, defendant William Timothy Welch, individually and as personal representative of Mary Ervin Collins Welch,[1] filed a notice of removal of this action in this court. The complaint clearly indicates on its face, however, that the matter was intended to be filed in the United States District Court for the Southern District of Alabama, Northern Division.

Section 1404(a) of Title 28 of the United States Code provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.

28 U.S.C. § 1404(a).

Upon consideration of the caption on the motion to transfer, the allegations in the original

---

[1] The complaint specifies Ms. Welch's middle name as "Ervin," while the answer specifies it as "Irvin."

complaint, and the text of the notice of removal, this court determines that the case is due to be transferred to the Southern District of Alabama. An order consistent with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE**, this the 18th day of February, 2000.

*[signature]*
JOHN E. OTT
UNITED STATES MAGISTRATE JUDGE